# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 30, 2018

155197

DERNIA MARTINEZ,
        Plaintiff-Appellant,

v

TMF II WATERCHASE, LLC,
        Defendant-Appellee.

_____/

Stephen J. Markman,
*Chief Justice*

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
*Justices*

SC: 155197
COA: 329931
Kent CC: 14-008385-NI

By order of June 7, 2017, the application for leave to appeal the December 15, 2016 judgment of the Court of Appeals was held in abeyance pending the decision in *Martin v Milham Meadows I Ltd Partnership* (Docket No. 154360). On order of the Court, leave to appeal having been denied in *Martin* on March 9, 2018, ___ Mich ___ (2018), the application is again considered and, it appearing to this Court that the case of *Stacker v Lautrec, Ltd* (Docket No. 155120) is pending on appeal before this Court and that the decision in that case may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decision in that case.

WILDER, J., did not participate because he was on the Court of Appeals panel.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 30, 2018



Clerk

a0523